UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.  
LAWRENCE BROWN,  
    Plaintiff.

No. C 12-361 SI (pr)

**ORDER OF DISMISSAL**

This action was opened when the court received from plaintiff a letter in which he complained about some of the conditions at the jail at which he was incarcerated as well as about his encounters with the criminal justice system. In an effort to protect his rights, it was filed as a new action. Plaintiff was informed that he had not filed a complaint, and was given thirty days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed *in forma pauperis*, and was given thirty days to either pay the fee or file the application. A copy of the court's form *in forma pauperis* application was provided with the notice, along with a return envelope. Plaintiff did not respond to either notice. This action therefore is DISMISSED without prejudice. No fee is due. The clerk shall close the file.

IT IS SO ORDERED.

Dated: May 2, 2012

_____  
SUSAN ILLSTON  
United States District Judge