**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                               No. C 12-361 SI (pr)

LAWRENCE BROWN,                    **JUDGMENT**

       Plaintiff.
_____/

This action is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

Dated: May 2, 2012                   _____
                                                      SUSAN ILLSTON
                                                   United States District Judge